# EXHIBIT C

1

2          In the United States District Court

3           For the Middle of North Carolina

4

5      ROBERT SIMS, et al.,

6

7               PLAINTIFFS,

8

9      vs.          Cause No. 1:15-CV-733-CCE-JEP

10

11     BB&T CORPORATION, et al.,

12

13               DEFENDANTS.

14

15          Deposition of MARTIN A. SCHMIDT

16          OCTOBER 17, 2017

17               Taken at:

18          Schlichter Bogard & Denton

19          100 South 4th Street, Missouri

20          Margaret M. Perry, MO & IL CSR

21

22

23

24     Job No. CS2730271

25











