# EXHIBIT D



Mark L. Bieter
(202) 861-6636
mbieter@groom.com

November 2, 2017

**Via Email**

Troy Doles, Esq.
Heather Lea, Esq.
Schlichter Bogard & Denton
100 South Florida Street, Suite 1200
St. Louis, MO 63102

Re: **Sims, et al. v. BB&T Corp., et al.**


**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Ave., N.W. • Washington, D.C. 20006-5811
202-857-0620 • Fax: 202-659-4503 • www.groom.com

Troy Doles, Esq.
November 2, 2017
Page 2



Troy Doles, Esq.
November 2, 2017
Page 3



GROOM LAW GROUP

Troy Doles, Esq.
November 2, 2017
Page 4



Sincerely,

Mark L. Bieter